1

2

3                                        JS - 6

4

5

6

7                UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9                      WESTERN DIVISION

10

11   RAMON MURILLO,                    )   No. ED CV 10-00851-GAF (VBK)
                                       )
12                   Petitioner,       )   JUDGMENT
                                       )
13        v.                           )
                                       )
14   GEORGE NEOTTI,                    )
                                       )
15                   Respondent.       )
     _____)
16

17        Pursuant to the Order Summarily Dismissing Petition for Writ

18   of Habeas Corpus for Lack of Subject Matter Jurisdiction,

19        **IT IS ADJUDGED** that this action is summarily dismissed

20   pursuant to Rule 4 of the Rules Governing §2254 Cases in the

21   United States District Courts.

22

23   DATED: June 15, 2010         _____
                                  GARY A. FEESS
24                                UNITED STATES DISTRICT JUDGE

25

26

27

28